United States District Court
Southern District of Texas
**ENTERED**
April 29, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § § § § § § § § § § § | CIVIL ACTION NO. 4:93-cv-01644 |
| Plaintiff, | | |
| vs. | | JUDGE CHARLES ESKRIDGE |
| LONE STAR MEDICAL PRODUCTS, INC. and CHARLEY J. FIELDS, | | |
| Defendants. | | |

## ORDER

Before the Court is an unopposed motion by Defendants Lone Star Medical Products, Inc. and Charley J. Fields to reopen this long-dormant case. Dkt 8.

The motion is GRANTED.

The parties are ORDERED to appear for a status conference on May 27, 2020 at 1:30 PM. The conference will be held telephonically due to the unusual circumstances presented by the COVID-19 pandemic. The Case Manager will provide access details at a later date. The conference will be rescheduled for an in-person conference at a later date if the parties prefer and so request.

The parties are ORDERED to jointly provide a copy of Dkts 1 and 2 by May 20, 2020, along with any other materials pertinent to the Court's review and consideration.

SO ORDERED.

Signed on April 29, 2020, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge